UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| BRITTANY MICHELLE VIGNALI, <br>     Plaintiff, <br><br>     v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br>     Defendant. | No. 2:23-CV-06683-SK <br><br> **JUDGMENT OF REMAND** |

The Court having approved Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: January 11, 2024

THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

1