LELAND LAW
7200 Greenleaf Avenue, Suite 170A
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
ALEXIS M. LELAND, CSBN 223729
E-mail: tracey@disabilitylawfirm.com
       Attorneys for Plaintiff

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
CHRISTOPHER D. VIEIRA, CSBN 273781
Special Assistant United States Attorney
       6401 Security Blvd.
       Baltimore, MD 21235
       Telephone:  (510) 970-4808
       Facsimile:   (415) 744-0134
       Email:  christopher.vieira@ssa.gov
       Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.M. VIGNALI,<br>    Plaintiff,<br><br>       v.<br>MARTIN O'MALLEY[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-06683-DSF-SK<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 | Based upon the parties' Stipulation for the Award and Payment of Equal
2 | Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FIVE
3 | THOUSAND SIX HUNDRED and TWENTY-SIX DOLLARS [$5,626.00], as
4 | authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the
5 | Stipulation.

Dated:   3/6/2024

HON.  STEVE KIM
UNITED STATES MAGISTRATE JUDGE